FILED

AUG 2 3 2004

LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 02-1670

In re: FORD MOTOR COMPANY SECURITIES LITIGATION, Class Action.

--------

PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO;
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 98;
JOSEPH SELLIMAN; OHIO TUITION TRUST AUTHORITY,

    Plaintiffs - Appellants,

v.

FORD MOTOR COMPANY, et al.,

    Defendants - Appellees.

00-74233, 00-74247,
00-74324, 00-74667,
00-74685, 00-75091,
00-75110  Tarnow

Before: KENNEDY, GUY, and DAUGHTREY, Circuit Judges.

## JUDGMENT

FILED
AUG 3 1 2004
CLERK'S OFFICE
DETROIT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the order of the district court granting defendant Ford Motor Company's motion for summary judgment for failure to state a claim is AFFIRMED. IT IS FURTHER ORDERED the district court's denial of Plaintiffs' motion to set aside the judgment and permit them to file an amended complaint is AFFIRMED.

ENTERED BY ORDER OF THE COURT

*[signature]*

Leonard Green, Clerk