

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROY G. FORD
(513) 564-7016
www.ca6.uscourts.gov

Filed: September 14, 2004

David J. Weaver
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI   48226

Stuart J. Baskin
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY   10022-6030

Edward M. Gergosian
Barrack, Rodos & Bacine
402 W. Broadway
Suite 850
San Diego, CA   92101

Stephen R. Basser
Barrack, Rodos & Bacine
402 W. Broadway
Suite 850
San Diego, CA   92101

FILED
SEP 20 2004
CLERK'S OFFICE
DETROIT

    RE: 02-1670
        InRe:Ford Mtr Co.Sec vs.
        District Court No. 00-75110
                              00-75091
                              00-74685
                              00-74667
                              00-74324
                              00-74247
                              00-74233

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Roy G. Ford
Briefs Deputy

cc:
    Honorable Avern Cohn

Honorable Arthur J. Tarnow

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 02-1670

Filed: September 14, 2004

In re: FORD MOTOR COMPANY SECURITIES LITIGATION, Class Action
-------------------------

PUBLIC SCHOOL TEACHERS PENSION AND RETIREMENT FUND OF
CHICAGO; ELECTRICAL WORKERS LOCAL 98; JOSEPH SELLIMAN; OHIO
TUITION TRUST AUTHORITY

      Appellants

v.

FORD MOTOR COMPANY, et al.

      Appellees

F I L E D
SEP 20 2004
CLERK'S OFFICE
DETROIT

### MANDATE

Pursuant to the court's disposition that was filed 8/23/04 the mandate for this case hereby issues today.

COSTS: **NONE**

Filing Fee ...........$
Printing ............$

    Total ........$

A True Copy
Attest:
Deputy Clerk